**Motion Granted; Dismissed and Memorandum Opinion filed February 23, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00792-CR

---

## NASHALIE RODRIGUEZ, Appellant

### V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 338th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1656785**

---

## MEMORANDUM OPINION

Appellant was convicted of the offense of injury to a child. *See* Tex. Penal Code Ann. § 22.04(a)(1). Subsequently, the trial court granted appellant's motion for new trial, and appellant has filed a motion to dismiss the appeal for want of jurisdiction as the appeal is moot. Appellant has also moved that this court's mandate be issued. Immediately.

We grant the motion and dismiss the appeal for want of jurisdiction. The clerk of this court is instructed to issue the mandate immediately.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Spain.
Do Not Publish — Tex. R. App. P. 47.2(b)